IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WALTER J.D. MOFFETT,

    Plaintiff,

v.

MICHAEL DITTMANN, ET AL.,

    Defendants.

ORDER

Case No. 20-cv-9-wmc

---

WALTER J.D. MOFFETT,

    Plaintiff,

v.

SGT. HAAG, ET AL.,

    Defendants.

ORDER

Case No. 20-cv-16-wmc

---

WALTER J.D. MOFFETT,

    Plaintiff,

v.

MICHAEL A. DITTMAN, ET AL.,

    Defendants.

ORDER

Case No. 20-cv-21-wmc

---

Plaintiff Walter J.D. Moffett has filed proposed civil complaints and requested leave to proceed without prepaying the filing fees. To evaluate plaintiff's requests to proceed without prepayment of the filing fees, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

For these cases to proceed, plaintiff must submit the certified trust fund account statement no later than January 31, 2020. If I find that plaintiff is indigent, I will calculate initial partial payments amount that must be paid before the court can screen the merits of the complaints under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fees in installments.

## ORDER

IT IS ORDERED that plaintiff Walter J.D. Moffett may have until January 31, 2020 to submit a trust fund account statement for the period beginning approximately July 6, 2019 and ending approximately January 6, 2020. If, by January 31, 2020, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw each action voluntarily. In that event, each case will be closed without prejudice to plaintiff filing the cases at a later date.

Entered this 10th day of January, 2020.

BY THE COURT:

/s/

PETER OPPENEER
Magistrate Judge